423 A.2d 1331

Commonwealth v. Wright, Appellant.

Submitted August 28, 1979. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.